DAVID A. HUBBERT
Deputy Assistant Attorney General

Chelsea Bissell (MTBN 58862977)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
(202) 307-1372
(202) 307-0054 (f)
Chelsea.E.Bissell@usdoj.gov
Western.TaxCivil@usdoj.gov

*Counsel for United States of America*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PETER DRACOPOULOS, an individual; WELLS FARGO BANK, N.A.; STATE OF CALIFORNIA FRANCHISE TAX BOARD; and COUNTY OF SAN FRANCISCO, <br><br> Defendants. | **COMPLAINT** |

The United States of America, by and through its undersigned counsel, complains and alleges as follows:

**Jurisdiction and Venue**

1. This is a civil action to reduce to judgment outstanding federal tax assessments against defendant Peter Dracopoulos and to foreclose federal tax liens against certain real property located at 267 Brussels Street, San Francisco, CA 94134, described further below (the "Property").

1

2. This action is brought pursuant to 26 U.S.C. §§ 7401 and 7403 at the direction of a delegate of the Attorney General of the United States and at the request of and with the authorization of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury.

3. This court has jurisdiction under 26 U.S.C. §§ 7402 and 7403 and 28 U.S.C. §§ 1340 and 1345.

4. Venue for this action is proper within the Northern District of California under 28 U.S.C. § 1396 because the defendant Peter Dracopoulos resides in the Northern District of California and his tax liability arose in the Northern District of California.

## Defendants

5. Peter Dracopoulos is named as a defendant because he has unpaid federal tax liabilities and has an ownership interest in the Property.

6. Wells Fargo Bank, N.A. is named as a defendant pursuant to 26 U.S.C. § 7403(b) because it may claim an interest in the Property.

7. The State of California Franchise Tax Board is named as a defendant pursuant to 26 U.S.C. § 7403(b) because it may claim an interest in the Property.

8. The County of San Francisco is named as a defendant pursuant to 26 U.S.C. § 7403(b) because it may claim an interest in the Property.

## Federal Income Tax Liabilities

9. Mr. Dracopoulos untimely filed Forms 1040, U.S. Individual Income Tax Return, for tax years 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2012, 2013, and 2014. He timely filed returns for 2010 and 2015.

10. Mr. Dracopoulos reported tax liabilities for each of these years but did not make any payments on these liabilities and had no withholdings.

11. For each tax year at issue, the IRS timely assessed liabilities based on Mr. Dracopoulos' self-reported income. After an examination, the IRS determined an additional $1,011 deficiency for the 2007 tax year. The assessed amounts, assessment dates, and outstanding balances as of December 2, 2021, are set forth in the table below.

| Tax | Period | Assessment Date | Assessed Amount | Outstanding Balances |
|---|---|---|---|---|
| 1040 | 2002 | 5/10/2010 | $50,995.44 | $78,331.77 |
| 1040 | 2003 | 5/10/2010 | $34,492.28 | $52,982 |
| 1040 | 2004 | 5/10/2010 | $58,449.63 | $89,781.78 |
| 1040 | 2005 | 5/17/2010 | $34,032.09 | $52,235.04 |
| 1040 | 2006 | 5/17/2010 | $30,729.79 | $48,242.45 |
| 1040 | 2007 – self reported | 11/14/2011 | $2,046 | $6,890.53 (total for 2007) |
| | 2007 – Exam | 6/3/2013 | $1,011 | |
| 1040 | 2008 | 11/7/2011 | $3,908.64 | $6,383.06 |
| 1040 | 2009 | 6/13/2011 | $4,035.89 | $6,743.70 |
| 1040 | 2010 | 9/5/2011 | $1,848.45 | $3,127.32 |
| 1040 | 2012 | 10/20/2014 | $3,665.04 | $5,284.18 |
| 1040 | 2013 | 8/31/2015 | $14,648.21 | $20,748.47 |
| 1040 | 2014 | 3/7/2016 | $19,264.10 | $27,500.10 |
| 1040 | 2015 | 6/16/2016 | $1,890.22 | $2,834.43 |

12. Despite timely notice and demand for payment of the assessments described in paragraph 11 above, Mr. Dracopoulos has failed, neglected, and/or refused to make full payment of the assessed amounts to the United States.

13. These liabilities remain due and owing to the United States in the total sum of $401,084.83, plus statutory interest pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and other statutory additions, less any payments and credits, until paid in full.

### Federal Tax Liens

14. Pursuant to 26 U.S.C. §§ 6321 and 6322, tax liens arose in favor of the United States on the dates of the assessments described in paragraph 11 and attached to all property and rights to property of Mr. Dracopoulos.

15. To provide notice of the statutory liens, the IRS recorded the following Notices of Federal Tax Lien with the San Francisco Assessor-Recorder Office pursuant to 26 U.S.C. § 6323(f):

| Lien Holder | Tax Year | San Francisco Co. Doc. No. | Recording Date | Refiling Date | Amount |
|---|---|---|---|---|---|
| IRS | 2002 | 2021014912 | 7/27/2010 | 1/28/2021 | $50,995.44 |
| IRS | 2003 | 2021014912 | 7/27/2010 | 1/28/2021 | $34,492.28 |
| IRS | 2004 | 2021014912 | 7/27/2010 | 1/28/2021 | $58,449.63 |
| IRS | 2005 | 2021014912 | 7/27/2010 | 1/28/2021 | $34,032.09 |
| IRS | 2006 | 2021014912 | 7/27/2010 | 1/28/2021 | $30,765.54 |
| IRS | 2007 | 2021147836 | 7/3/2013 | 8/30/2021 | $6,662.99 |
| IRS | 2008 | 2021147836 | 7/3/2013 | 8/30/2021 | $3,908.64 |
| IRS | 2009 | 2021147836 | 7/3/2013 | N/A | $4,005.89 |
| IRS | 2010 | 2021147836 | 7/3/2013 | 8/30/2021 | $1,848.45 |
| IRS | 2012 | 2017-K414141-00 | 2/24/2017 | N/A | $3,665.04 |
| IRS | 2013 | 2017-K414141-00 | 2/24/2017 | N/A | $14,648.21 |
| IRS | 2014 | 2017-K414141-00 | 2/24/2017 | N/A | $19,264.10 |
| IRS | 2015 | 2017-K414141-00 | 2/24/2017 | N/A | $1,890.22 |

16. The Property is currently encumbered by federal tax liens for the unpaid tax assessments described in paragraph 11.

17. The federal tax liens that arose from the assessments described in paragraph 11 have priority over all interests in the Property acquired after the dates of assessment, subject to the provisions of 26 U.S.C. § 6323.

18. Pursuant to 26 U.S.C. § 7403(c), the United States is entitled to a decree of sale of the Property to enforce its liens.

**Identification of Property Sought To Be Foreclosed**

19. This action seeks to foreclose upon real property owned by Mr. Dracopoulos.

20. The address of the Property is 267 Brussels Street, San Francisco, CA 94134. The parcel number of the Property is A.P.N.: Lot 13B, Block 5980. The legal description is as follows:

> COMMENCING AT A POINT ON THE NORTHEASTERLY LINE OF BRUSSELS STREET DISTANT THEREON 100 FEET NORTHWESTERLY FROM THE NORTHWESTERLY LINE OF BURROWS STREET; RUNNING THENCE NORTHWESTERLY AND ALONG SAID LINE OF BRUSSELS STREET 25 FEET; THENCE AT A RIGHT ANGLE NORTHEASTERLY 120 FEET; THENCE AT A RIGHT ANGLE SOUTHEASTERLY 25 FEET; THENCE AT A RIGHT ANGLE SOUTHWESTERLY 120 FEET; TO THE POINT OF COMMENCEMENT.

21. Mr. Dracopoulos inherited the Property in 1999 and is its sole owner and occupant.

**Statute of Limitations**

22. 26 U.S.C. § 6502(a) provides a general ten-year statute of limitations on collection from the date a tax was assessed. But other Code provisions extend this general ten-year timeline.

23. 26 U.S.C. § 7122 authorizes the Secretary of the Treasury to accept compromises from taxpayers on tax liabilities owed to the United States. A taxpayer may submit an offer-in-compromise for the Secretary to consider. 26 U.S.C. § 7122(c). From the time the IRS receives the offer-in-compromise and for 30 days after the IRS rejects the offer, levy is prohibited. 26 U.S.C. § 6331(k)(1); 26 C.F.R. § 301.7122-1(i)(1), (g)(1). The collection statute of limitations is suspended while levy is prohibited under 26 U.S.C. § 6331(k)(1). *See* 26 U.S.C. § 6331(k)(3)(B) (applying 26 U.S.C. § 6331(i)(5) when an offer-in-compromise is pending).

24. Mr. Dracopoulos submitted three offers-in-compromise to the IRS covering all his outstanding liabilities. The statute of limitations on collection is thus tolled as follows.

25. The IRS received the first offer-in-compromise on December 6, 2011. Mr. Dracopoulos withdrew his offer on October 10, 2012.

26. December 6, 2011 to October 10, 2012 is 309 days of tolling.

27. The IRS received the second offer-in-compromise on April 6, 2016. The IRS rejected the offer on February 1, 2017.

28. April 6, 2016 to February 1, 2017, plus 30 days following the rejection, is 331 days of tolling.

29. The IRS received the third offer-in-compromise on February 22, 2017. The IRS rejected the offer on August 2, 2017.

30. February 22, 2017 to August 2, 2017, plus 30 days following the rejection, is 191 days of tolling.

31. The earliest assessment date at issue was May 10, 2010. Absent any tolling, the statute of limitations on collection would have run on May 11, 2020, pursuant to 26 U.S.C. § 6502(a). But the offers-in-compromise tolled the statute of limitations for 831 days (309 days + 331 days + 191 days), extending the period of collection to August 19, 2022. The offers-in-compromise also tolled the statute of limitations for the other periods at issue in this case.

## COUNT I

### Claim to Reduce Federal Tax Assessment to Judgment

32. The United States reasserts the allegations contained in paragraphs 1 through 31 as if fully set forth herein.

33. The United States is entitled to judgment against Mr. Dracopoulos in the amount of $401,084.83 for unpaid federal income taxes for federal income tax liabilities for the 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2012, 2013, 2014, and 2015 tax years, plus statutory interest and other additions to tax as provided by law that will continue to accrue until paid.

## COUNT II

### Claim to Foreclose Federal Tax Liens Against the Property

34. The United States reasserts the allegations contained in paragraphs 1 through 33 as if fully set forth herein.

35. Pursuant to 26 U.S.C. §§ 6321 and 6322, statutory liens for unpaid federal taxes arose in favor of the United States against all property or rights to property belonging to Mr. Dracopoulos – including his interest in the Property – as of the dates of the assessments.

36. The federal tax liens, as described in paragraph 15 above, continue to attach to and encumber the Property.

37. Under 26 U.S.C. § 7403(c), the United States is entitled to a decree of sale of the Property to enforce its liens. The sale may be conducted by a receiver under § 7403(d) or any other officer authorized by the Court.

### Prayer for Relief

WHEREFORE, the United States of America requests that the Court:

A. Enter judgment in favor of the United States and against Defendant Peter Dracopoulos for his unpaid federal income taxes for the 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2012, 2013, 2014, and 2015 tax years in the amount of $401,084.83, plus statutory interest and any other additions to tax accruing after December 2, 2021;

B. Determine, adjudge, and decree that the liens of the United States arising from the assessments for the 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2012, 2013, 2014, and 2015 tax years attached to the Property and that the Unites States has valid and subsisting liens against the Property;

C. Determine the validity and priority of all liens and other interests in the Property;

D. Order that the United States' tax liens be foreclosed upon the Property, that the Property should be sold, and that the proceeds from the sale be distributed to the

United States and all other creditors in their respective priority of liens and claims of the parties; and

      E.    Award the United States its costs and such other relief as is just and proper.

      //

      //

Respectfully submitted this 14th day of December 2021.

                      DAVID A. HUBBERT
                      Deputy Assistant Attorney General

                      *s/Chelsea Bissell*
                      CHELSEA BISSELL
                      Trial Attorney, Tax Division
                      U.S. Department of Justice
                      P.O. Box 683
                      Ben Franklin Station
                      Washington, D.C. 20044-0683
                      (202) 307-1372
                      (202) 307-0054 (f)
                      Chelsea.E.Bissell@usdoj.gov
                      Western.TaxCivil@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of December 2021, I caused a true and complete copy of the foregoing Complaint to be served by first-class mail, postage prepaid, to the following persons and/or entities at the following addresses:

Robert Goldstein
100 Bush Street Ste
San Francisco, CA 94104
*Attorney for Defendant*

California Franchise Tax Board
9646 Butterfield Way
Sacramento, CA 95827
*Defendant*

Wells Fargo Bank
C/O CSC
2710 Gateway Oaks Dr.
Suite 150N
Sacramento, CA 95833
*Defendant*

County of San Francisco
Office of the Treasurer & Collector
San Francisco City Hall, Room 140
1 Dr. Carlton B. Goodlett Pl
San Francisco, CA 94102
*Defendant*

*s/Chelsea Bissell*
Trial Attorney, Tax Division
U.S. Department of Justice